Michael A. Shimokaji (Bar No. 94797)
Email: mshimokaji@shimokaji.com
Ivan Posey (Bar No. 196386)
Email: iposey@shimokaji.com
SHIMOKAJI & ASSOCIATES, P.C.
8911 Research Drive
Irvine, CA 92618
(949) 788-9961
(949) 788-9969 - fax

Attorneys for Plaintiff/Counterdefendant
K.H.S. Musical Instrument Co., Ltd.

Vito A. Canuso III (Bar No. 147,128)
Email: vito@canuso.com
Mark H. Plager (Bar No. 192,259)
mark@plagerschack.com
Megan Malanga (Bar No. 280911)
mmalanga@plageschack.com
PLAGER SHACK, LLP
16152 Beach Boulevard, Suite 207
Huntington Beach, CA 92647
(714) 698-0601
(714) 698-0608 – fax

Attorneys for Defendant/Counterclaimant
Ultimate Support Systems, Inc.

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.H.S. MUSICAL INSTRUMENT CO., LTD., a Taiwan corporation,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　vs.<br><br>ULTIMATE SUPPORT SYSTEMS, INC., a Colorado corporation,<br><br>　　　　Defendant/Counterclaimant. | Civil Action No.: 11-CV-2455 JAK(Ex)<br><br>**JOINT SUBMISSION OF VERDICT FORMS**<br><br>**PRETRIAL CONFERENCE DATE/TIME: April 30, 2012/3:00 p.m.**<br><br>**TRIAL DATE: May 15, 2012**<br>**LOCATION: 750 - Roybal Building** |

In accord with Local Rule 51-1, 51-2, 51-3, 51-4 and 51-5, and the Court's September 5, 2011 Order on Jury/Court Trial, the parties hereby jointly submit the following:

Plaintiff's proposed verdict form (Exhibit A attached hereto);

Defendant's proposed verdict form (Exhibit B attached hereto); and

Redline showing differences between Plaintiff's proposed verdict form and Defendant's proposed verdict form (Exhibit C attached hereto).

DATED: April 25, 2012         SHIMOKAJI & ASSOCIATES, P.C.

By: /s/Ivan Posey
MICHAEL A. SHIMOKAJI
IVAN POSEY
SHIMOKAJI & ASSOCIATES, P.C.
Attorneys for Plaintiff/Counterdefendnat,
K.H.S. Musical Instrument Co., Ltd.

DATED: April 25, 2012         PLAGER SHACK, LLP

/s/ Mark H. Plager
By:_____
VITO A. CANUSO III
MARK H. PLAGER
PLAGER SHACK, LLP
Attorneys for Defendant/Counterclaimant
Ultimate Support Systems, Inc.