THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| K.H.S. MUSICAL INSTRUMENT CO., LTD., a Taiwan corporation, | ) ) ) | Civil Action No.: 11-CV-2455 JAK(Ex) Honorable John A. Kronstadt |
| Plaintiff/Counterdefendant, | ) ) | **JUDGMENT** |
| vs. | ) ) | JS-6 |
| ULTIMATE SUPPORT SYSTEMS, INC., a Colorado corporation, | ) ) ) | |
| Defendant/Counterclaimant. | ) ) | |

**IT IS ORDERED AND ADJUDGED:**

Defendant's GS-1000 music stand does not infringe U.S. Patent No. 7,105,732, and Defendant is therefore not liable for infringement of that patent. Defendant withdrew its counterclaim of patent invalidity upon the Court's determination of non-infringement, so no claims remain pending in this case.

Thus, Judgment is entered in favor of Defendant. Defendant may recover its costs in an amount to be determined upon the filing and approval of the appropriate application consistent with the federal and/or local rules.

DATED: March 14, 2013

By: _____
John A. Kronstadt
United States District Court